IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LINDA TURNAGE,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

Civil Action File No.
5:13-CV-00181(MTT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Counsel for all parties above, and hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

Respectfully submitted this 3 day of Jan, 2014.

CONSENTED TO:

_____
James E. Lee, II, Esq.
Georgia Bar No. 443405
James E. Lee, II, P.C.
870 College Street
Macon, GA 31208
(478) 749-6901

_____
Albert J. DeCusati, Esq.
Georgia Bar No. 215610
Ashley A. Bagiatis
Georgia Bar No. 141360
McLain & Merritt, P.C.
3445 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
(404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **DISMISSAL WITH PREJUDICE** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

> Albert J. DeCusati, Esq.
> McLain & Merritt, P.C.
> 3445 Peachtree Road, N.E.
> Suite 500
> Atlanta, GA 30326

This the 3 day of Ja_____ 2014.

*[signature]*

James E. Lee, II, Esq.
Georgia Bar No.443405
Attorney for Plaintiff

James E. Lee, II, P.C.
870 College Street
Macon, GA 31208